1  Frank J. Lozoya IV, Esq. (SBN# 161640)
   LOZOYA & LOZOYA
2  15060 Ventura Blvd., Suite 211
3  Sherman Oaks, California 91401
   Telephone:    (818) 789-7150
4  Facsimile:    (818) 789-7190
5  Email: fj.lozoya@lozoyalaw.com

6  Attorneys for Plaintiffs,
7  GREG HANSEN, LORENA HANSEN and
   NATHANIEL HANSEN, a minor by and through
8  his Guardian ad Litem, LORENA HANSEN

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

13 GREG HANSEN, LORENA HANSEN          | **Case No.  ED CV14-02090 JGB SPx**
   and NATHANIEL HANSEN, a minor
14 by and through his Guardian ad Litem,
15 LORENA HANSEN,                      | **ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER OF DOCUMENTATION PRODUCED IN DISCOVERY**
16                Plaintiffs,

17         v.

18 WERNER ENTERPRISES, INC., a
   Nebraska Corporation, JOSE
19 ANTONIO GARCIA-REYES, an
   individual and Does 1-50,
20
              Defendants.
21

22 **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

23     WHEREAS, the Parties to this action have entered into a JOINT

24 STIPULATION FOR PROTECTIVE ORDER OF DOCUMENTATION PRODUCED IN

25 DISCOVERY which has been filed as DK#13.

26     WHEREAS the Court has read and considered the JOINT STIPULATION

27 FOR PROTECTIVE ORDER OF DOCUMENTATION PRODUCED IN DISCOVERY.

28

PROTECTIVE ORDER

1  (DK#13).

2      The Court finds Good Cause for the necessity of a Protective Order in this
3  matter, and it is hereby ordered that the terms of set forth in the Stipulation (DK#13)
4  shall be followed as specified therein.

5      **IT IS ORDERED:**

6

7  Dated: April 2, 2015            _____
                                        Honorable Sheri Pym
8                                             United States Magistrate Judge